## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MINDY COOK, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jorge L. Alonso |
| | ) | |
| v. | ) | Case No.: 1:18-cv-00022 |
| | ) | |
| APPLIED DATA FINANCE, LLC d/b/a | ) | Magistrate Judge Jeffrey T. Gilbert |
| PERSONIFY FINANCIAL, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Mindy Cook, ("Plaintiff") and Defendant, Applied Data Finance, LLC ("Defendant") (individually, "Party" and collectively, the "Parties"), through their respective attorneys and pursuant to F.R.C.P. 41(a)(1(A)(ii), hereby jointly stipulate and agree that this Lawsuit and all claims raised therein shall be dismissed *without prejudice*, with each Party bearing its own costs and attorneys' fees, and with leave to reinstate by May 14, 2018.

If neither Party moves to reinstate by May 14, 2018, the dismissal will become one *with prejudice* without further order.

WHEREFORE, Plaintiff and Defendant stipulate and agree to the dismissal of the Lawsuit, without prejudice, until May 14, 2018 when the dismissal will become one with prejudice.

Mindy Cook

By her attorney,

*/s/ Omar Sulaiman (with consent)*
Omar T. Sulaiman, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
 (630) 575-8181, ext. 108
osulaiman@sulaimanlaw.com

Applied Data Finance, LLC

By its attorneys,

*/s/ Daniel W. Pisani*
Daniel W. Pisani
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603-3651
(312) 578-0994
dpisani@sessions.legal